IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-CR-163 |
| -vs- | : | MICHAEL J. NEWMAN<br>United States Magistrate Judge |
| ROBERT STEWART, | : | |
| Defendant. | : | GOVERNMENT'S MOTION<br>FOR DISMISSAL WITHOUT<br>PREJUDICE |
| | : | |

*Granted.*
*MN*
*7/24/17*

  Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, without prejudice.

           Respectfully submitted,

           -S-julienne mccammon 24 Jul 17
           JULIENNE MCCAMMON (MD 9103050001)
           Special Assistant U.S. Attorney
           88 ABW/JA
           5135 Pearson Road
           WPAFB, OH 45433-5321
           (937) 904-2169

          CERTIFICATE OF SERVICE

  I certify that a copy of the above Motion to Dismiss was electronically filed on the 24th of July 2017 and that Cheryll Bennett, as Defense Counsel of Record, will be notified of this Motion through CM/ECF.

           s-julienne mccammon – 24 Jul 17